UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| PHILLIPS DEVELOPMENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:05 CV 1205 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST RESOLUTIONS INVESTMENT CORP., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

This case comes before the Court upon the Joint Motion for Entry of Judgment (Docket #25)  by plaintiff Phillips Development Corporation ("Phillips"), defendant First Resolution Investment Corporation, ("First Resolution") and defendant United States of America ("the United States").   Phillips filed this interpleader action to  determine the proper claimants to $8, 293.91, which represents wages owed to defendant Angelic Zee Pinkerton   Phillips appears through its counsel, Ruthie Hagan, First Resolution appears through its counsel, Paul Prater, and the United States appears through Janene Marasciullo.   Defendant Angelic Zee Pinkerton failed to answer the complaint, despite being advised of the complaint by Ruthie Hagan and being served.

The Court, having review the joint motion, and for good cause shown,

HEREBY GRANTS the joint motion, and,

ORDERS that defendant Angelic Zee Pinkerton is held in DEFAULT for failing to respond to the complaint; and

2175188.1

FURTHER ORDERS that Phillips shall pay First Resolution Corporation the sum of $2,073.48, in partial satisfaction of the judgment it has obtained against Defendant Angelic Zee Pinkerton;

FURTHER ORDERS that Phillips shall pay the United States Treasury the sum of $6,220.43, in partial satisfaction of Angelic Zee Pinkerton's unpaid federal income taxes. The check shall be payable to the United States and mailed to:

> Janene M. Marasciullo
> United States Dept. of Justice, Tax Division
> P.O. Box 7238
> Washington, DC  20044-7238;

FURTHER ORDERS that this case is CLOSED.

_____
U.S. District Court Judge

Dated: January 26, 2007


Respectfully submitted,

TIM GRIFFIN
United States Attorney

/s/ Janene M. Marasciullo
JANENE M. MARASCIULLO
DC Bar # 435609
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-2334

FLETCHER JACKSON
Arkansas Bar # 63027
Assistant United States Attorney

2175188.1

U.S. Attorney's Office for the
      Eastern District of Arkansas
PO Box 1229
Little Rock, Arkansas 72203
COUNSEL FOR THE UNITED STATES


/s/ M. Ruthie Hagan
M. RUTHIE HAGAN
Arkansas Bar # 2004178
Quattlebaum, Grooms, Tull & Broom
111 Center Street
Suite 1900
Little Rock, Arkansas 72201


/s/ Paul Prater
PAUL PRATER
Arkansas Bar # 20011266
Hosto & Buchan
PO Box 3397
Little Rock, Arkansas 72201

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that service of the foregoing **JUDGMENT** has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 24th day of January 2007:

Geoffrey B. Treece
M. Ruthie Hagan
Quattlebaum, Grooms, Tull & Broom
111 Center Street
Suite 1900
Little Rock, Arkansas 72201

Paul Prater
Joel Boyd
Hosto & Buchan
PO Box 3397
Little Rock, Arkansas 72201

Angelic Zee Pinkerton
2512 Riverfront Drive #5
Little Rock, Arkansas 72201

                                                /s/Janene M. Marasciullo
                                                JANENE M. MARASCIULLO
                                                Trial Attorney, Tax Division